Benjamin A. Nix, Bar No. 138258
E-Mail: ban@paynefears.com
Andrew K. Haeffele, Bar No. 258992
E-Mail: akh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Plaintiff
Emerging Display Technologies Corp.

JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| EMERGING DISPLAY TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> HARVARD CUSTOM MANUFACTURING, a Delaware corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. SACV09-01190-JVS (ANx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> **(Filed Concurrently with [Proposed] Order)** |

Pursuant to the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by the parties in this action, and good cause appearing,

1  **IT IS HEREBY ORDERED** that the above-captioned matter,
2  including all causes of action and claims contained therein, are
3  dismissed with prejudice with each party to bear its own fees and
4  costs.

6  DATED this 14th of January, 2010.

_____
JUDGE OF THE U.S. DISTRICT COURT

4845-2996-5829.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

2